WOODWAY CONSTRUCTION CORPORATION and JOSEPH LEWIS, Appellants, v. WILLIAM HARMAN and PAUL WICKSMAN, Respondents.— Order dismissing the complaint for insufficiency reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to defendants to answer within ten days from the entry of the order herein. It seems to be conceded that plaintiffs have stated a cause of action at law for Harman's alleged deceit regarding the $10,750 which was paid for making the loan. The further allegations suffice to show that the codefendant, Wicksman, is Harman's " dummy " and that Harman is the real holder and owner of said judgment. In these circumstances, an action in equity is pleaded to restrain the defendants from collecting said judgment by execution; and it may be that equity, giving full relief, will require the execution and delivery of the satisfaction piece of said judgment. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

WILLIAM HERMAN WOLFE, Respondent, v. PHILIP HEUSS and EDNA L. HEUSS, His Wife, Appellants.— Motion for stay denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

PEARL ANN SLAGLE, Respondent, v. T. GALVIN SLAGLE, Appellant.— Motion for stay granted upon condition that appellant perfect the appeal for Friday, May fifteenth (for which day the case is set down), and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

LOUIS McCARTY, Appellant, v. NOSTRAND LUMBER Co., INC., and Others, Respondents, and EDWARD A. HASSARD and Others, Defendants. (Action No. 2.) — Motion for stay denied. Present — Kapper, Hagarty, Carswell and Davis, JJ.; Lazansky, P. J., not voting.

SOPHIE ALBUM, Respondent, v. MORRIS ALBUM, Appellant.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

PHILIP BACHRACH, Respondent, v. PURCHASE COUNTRY CLUB, INC., Appellant.— Motion for stay denied except as to discovery and inspection. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

LEO M. BLOOM, Appellant, v. ROSE GELB, Respondent.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

CITY TRUST COMPANY, Respondent, v. BEN COHEN and Another, Appellants.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.